IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–00905-REB–KMT

VINCENT L. QUIACHON,

    Plaintiff,

v.

HILTON HOTELS CORPORATION, a Delaware Corporation,

    Defendant.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Joint Motion to Reschedule Settlement Conference" (Doc. No. 30, filed on January 30, 2009) is GRANTED. The Settlement Conference has been reset for March 10, 2009 at 1:30 p.m.

The "Joint Motion to Modify Scheduling Order to Extend Discovery Cut-Off for Limited Purpose and to Extend Dispositive Motion Deadline" (Doc. No. 32, filed on January 30, 2009) is GRANTED. The new deadline for discovery is March 16, 2009. All Dispositive motions shall be filed on or before March 25, 2009.

Dated: January 30, 2009