**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 08-cv-00905-REB-KMT

VINCENT L. QUIACHON,

    Plaintiff,

v.

HILTON HOTELS CORPORATION, a Delaware corporation,

    Defendant.

---

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Joint Stipulation For Dismissal** [#36] filed May 5, 2009. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Stipulation For Dismissal** [#36] filed May 5, 2009, is **APPROVED**;

2. That the Trial Preparation Conference set for June 19, 2009, is **VACATED**;

3. That the jury trial set to commence July 6, 2009, is **VACATED**; and

4. That this action is **DISMISSED** with the parties to pay their own attorney fees and costs.

Dated May 5, 2009, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge